Same case below, 411 Fed. Appx. 605.

**No. 11-6408. Matthew Burl Martin, Petitioner v. Texas.**

565 U.S. 1040, 132 S. Ct. 587, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8191.

November 14, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-6409. Alfred Caballero, Petitioner v. James D. Hartley, Warden.**

565 U.S. 1040, 132 S. Ct. 587, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8235.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6410. James Bernard Campbell, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1040, 132 S. Ct. 587, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8186.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6411. James Coddington, Petitioner v. Oklahoma.**

565 U.S. 1040, 132 S. Ct. 588, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8252.

November 14, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 254 P.3d 684.

**No. 11-6413. Michael Darren Darby, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.**

565 U.S. 1041, 132 S. Ct. 588, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8200.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6415. Michael Petros, Petitioner v. Paul Boos, et al.**

565 U.S. 1041, 132 S. Ct. 588, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8219,

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 569.

**No. 11-6426. Leonard Edwards, Petitioner v. Dennis Rubin, et al.**

565 U.S. 1041, 132 S. Ct. 588, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8278.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 11-6442. Shaeffer Coleman, Petitioner v. Alabama, et al.**

565 U.S. 1041, 132 S. Ct. 589, 181 L. Ed. 2d 432, 2011 U.S. LEXIS 8207.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.